# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2298

_____

Michael Carmie Antonelli,        *
                                   *
        Appellant,      *
                                   *   Appeal from the United States
    v.                     *   District Court for the
                                 *   Eastern District of Arkansas.
Linda Sanders, Warden, FCI      *
Forrest City, Arkansas,         *   [UNPUBLISHED]
                                 *
        Appellant.      *

_____

Submitted: February 21, 2007
Filed: March 2, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael Carmie Antonelli appeals following the district court's[1] dismissal of his habeas petition and the denial of the post-judgment motions he filed more than ten days after entry of the judgment. Antonelli's appeal is timely only as to the denial of his post-judgment motions, see Fed. R. App. P. 4(a)(1)(B); 4(a)(4)(B)(i), and liberally construing the post-judgment motions as Federal Rule of Civil Procedure 60(b)

_____

[1]The Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

motions, we conclude the district court did not abuse its discretion in denying any of them, <u>see</u> <u>Sanders v. Clemco Indus.</u>, 862 F.2d 161, 164-65, 169-70 (8th Cir. 1988) (construing post-judgment motion filed more than 10 days after entry of judgment under Rule 60(b); standard of review).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____